IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>VOEGELE MECHANICAL, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 04-30628 (SR) |

## NOTICE OF EFFECTIVE DATE

PLEASE TAKE NOTICE that, on or about February 16, 2005, the Court[1] entered the Order (the "Confirmation Order") Confirming the First Amended Plan of Reorganization For Voegele Mechanical, Inc., Dated As Of February 1, 2005 [RE D.I. 804] (the "Plan").

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan was March 28, 2005.

PLEASE TAKE FURTHER NOTICE that upon the Effective Date, (i) the Voegele Equipment and (ii) the Construction Contracts identified in the Plan Supplement (excluding Net Open Progress Billing and any related Debtor accounts receivable generated from such Construction Contracts identified in the Plan Supplement through the Effective Date) vested or revested in the Reorganized Debtor in accordance with the provisions of the Plan.

PLEASE TAKE FURTHER NOTICE that applications for compensation for services rendered and reimbursement of expenses incurred by Professionals shall be filed on or before the sixtieth (60th) day following the Effective Date or such later date as the Court approves.

PLEASE TAKE FURTHER NOTICE that as of the Effective Date, Mercantile and its officers, directors, shareholders, partners, employees and attorneys do not have any liability to (i) the Debtor, (ii) any Holder of a Claim for any act or omission in connection with, related to, or arising out of any Claim against the Debtor that arose prior to the Petition Date through and including the Effective Date or (iii) the General Contractors, for any act or omission as a result of any statement or representation made by Mercantile in connection with any decision to extend funding to the Debtor prior to or on the Confirmation Date.

PLEASE TAKE FURTHER NOTICE that on the Effective Date, except as otherwise provided in the Plan, all notes, instruments, certificates, bonds and other documents evidencing Claims were canceled and deemed terminated.

PLEASE TAKE FURTHER NOTICE that on the Effective Date, the Committee dissolved.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

241368

      PLEASE TAKE FURTHER NOTICE that Holders of Bond Claims shall be free to take any action whatsoever to preserve their bond rights both prior to and after Confirmation, but as to Participants the occurrence of the Effective Date had the effect of staying any related civil actions that were pending on the Effective Date and/or as may be initiated thereafter to preserve such rights in a timely fashion under the terms of the applicable bonds and applicable law before or after the Effective Date.

      **KLETT ROONEY LIEBER & SCHORLING,**
      **A Professional Corporation**

      By: /s/ Rhonda L. Thomas
          Jeffrey M. Carbino (No. 71614)
          Rhonda L. Thomas (No. 82131)
          Two Logan Square, 12th Floor
          Philadelphia, PA 19103
          Phone: (215) 567-7500
          Facsimile: (215) 567-2737

      Counsel to the Debtor and Debtor-in-Possession

Dated: April 11, 2005